IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON ANTHONY FLEMONS                                                          PETITIONER

VS.                              5:18CV00220 BRW/PSH

WENDY KELLEY, Director,
Arkansas Department of Correction (ADC)                                    RESPONDENT

## ORDER

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, I approve and adopt the Findings and Recommendations in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). I find no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Accordingly, the certificate of appealability is denied.

IT IS SO ORDERED this 1st day of November, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE