# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**AARON ANTHONY FLEMONS**                                          **PETITIONER**

VS.                                **5:18CV00220 BRW/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction (ADC)**                    **RESPONDENT**

## JUDGMENT

In accordance with the Order entered today, judgment is entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 1st day of November, 2018.

                                                 /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE